# United States District Court
## CRIMINAL MINUTES - Change of Plea

Case No.:   4:14cr41-MW            Date:  September 30, 2014
Time:  1:20 - 2:00 p.m.

DOCKET ENTRY: CHANGE OF PLEA HEARING:  Defendant pleads Guilty to Count 3 of the Indictment.  Sentencing is set for 1/8/15 at 10:00 a.m. Defendant to remain in custody.

PRESENT:   **MARK E. WALKER,  U. S. DISTRICT JUDGE**

| Pam Lourcey | Janet Wilson | Lisa Jones | Karen Rhew Miler | |
|---|---|---|---|---|
| Deputy Clerk | USPO | Court Reporter | Asst. US Attorney | Interpreter |

U. S. A. vs   WILLIAM CASSIDY            Attorney:  Joseph Frans DeBelder
✔ Present   ✔ Custody   ___ O/R          ✔ Apptd.  __ Retained  ✔ Present

PROCEEDINGS:
___ Waiver of indictment filed
___ Information filed
___ Defendant is ARRAIGNED and specifically advised of his / her rights.
 **X**  Defendant advised of minimum and maximum sentence.
 **X**  Written Plea Agreement
 **X**  Written Statement of Facts
___ Adjudication withheld pending sentencing
 **X**  Defendant adjudicated guilty on Count(s)       3
 **X**  Defendant states true name is       WILLIAM CASSIDY
 **X**  Court questions Defendant regarding his physical and mental condition, and advises Defendant of the nature and possible consequences of said plea
 **X**  Defendant PLEADS   **X**   GUILTY to Count(s)         3
          NOT GUILTY to Count(s) _____
 **X**  Referred to Probation Officer for Pre-Sentencing Report
 **X**  Sentencing set for:    January 8, 2015 at 10:00 a.m.

Initials of Deputy Clerk  pll